**STATE of Missouri, Respondent,**

v.

**Ronald MUNSTERMAN, Appellant.**

**No. WD 45266.**

Missouri Court of Appeals,
Western District.

July 7, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Sept. 1, 1992.

Timmie L. Warren, St. Joseph, for appellant.

William L. Webster, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J. and KENNEDY and SMART, JJ.

PER CURIAM.

Appeal from a conviction of possession of more than thirty-five grams of marijuana, a controlled substance, in violation of § 195.202, RSMo Supp.1991.

Affirmed. Rule 30.25(b).